UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | No. 1:23-CR-00043-RP |
| § | |
| (2) MEGHAN INYANG, § | |
| *Defendant* § | |

## ORDER

Before the Court is Defendant Meghan Inyang's motion to modify the order setting conditions of her release to expand her ability to travel to the Southern and Western Districts of Texas for work purposes and attorney visits. Dkt. 152. The District Court referred the motion to the undersigned for disposition. Neither the Government nor Pretrial Services oppose the requested relief.

In light of the Inyang's history of compliance to date, and the lack of opposition to the motion, the undersigned **GRANTS** the motion and **MODIFIES** the geographic restriction to permit Inyang to travel throughout the State of Texas without seeking permission from Pretrial Services.

SIGNED June 9, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1