UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| § | |
| v.  § | No.  1:23-CR-00043-RP |
| § | |
| (2) MEGHAN INYANG, § | |
| *Defendant* § | |

ORDER

Before the Court is Defendant's Motion to Substitute Counsel, Dkt. 291. The Motion asks that her newly retained counsel, Rebecca Brodey and William M. Hines, be substituted as counsel of record for her present counsel, Donald H. Flanary and Amanda I. Hernandez. The District Judge referred the motion to the undersigned (along with an order to admit Ms. Brodey pro hac vice, which the Court orally granted earlier today, to be followed with a forthcoming written order).

The Court **GRANTS** the Motion to Substitute Counsel, Dkt. 291. Donald H. Flanary and Amanda I. Hernandez may **WITHDRAW** as counsel for Defendant, and Rebecca Brodey and William M. Hines will represent Defendant in the above-captioned case going forward.

The Court **FURTHER ORDERS** that Mr. Flanary and Ms. Hernandez, to the extent they have not already, meet with Ms. Brodey and Mr. Hines at the earliest opportunity to give Defendant's new counsel a copy of the file and bring them up to date regarding the representation of Defendant. Thereafter, Mr. Flanary and Ms. Hernandez have no further responsibilities in this case.

1

SIGNED May 29, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE